IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>GREEN VALLEY FORD; ROBERT STARKS, an individual dba GREEN VALLEY FORD, SUZUKI, DODGE & MAZDA,<br><br>    Defendants. | 2:04-cv-2096-GEB-CMK<br><br><u>ORDER DISMISSING ACTION</u> |

    On December 1, 2005, the parties filed a "Stipulation of Dismissal and [Proposed] Order Thereon" ("Stipulation") which states that the parties

> stipulate to dismissal of this action in its entirety without prejudice . . . .  Outside of the terms of the Mutual Settlement Agreement and Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.

    Therefore, IT IS HEREBY STIPULATED by and between parties to this action . . . that the above-

1

1 | captioned action be and hereby is dismissed
2 | without prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

3  (Stipulation at 1.)

4  "[T]he mere fact that the parties agree that the court
5  should exercise continuing jurisdiction [over their Agreement] is not
6  binding on the court." <u>Arata v. Nu Skin Int'l Inc.</u>, 96
7  F.3d 1265, 1269 (9th Cir. 1996).  Further, the parties erroneously
8  assume in their Stipulation that the Court will exercise jurisdiction
9  over something it has not seen.  Accordingly, the Court will not
10 retain jurisdiction over enforcement of the parties' Agreement.

11 Inasmuch as the parties represent they have settled this
12 action and desire it dismissed, and nothing in their Stipulation
13 indicates the settlement is contingent upon the Court retaining
14 jurisdiction over any aspect of their Agreement, this action is
15 dismissed.  See <u>Oswalt v. Scripto, Inc.</u>, 616 F.2d 191, 194 (5th
16 Cir. 1980) (revealing that when the parties' representations of
17 settlement are tantamount to a stipulated dismissal, a dismissal order
18 should issue).  The Clerk of the Court is directed to close this
19 action.

20 IT IS SO ORDERED.

21 Dated:  December 5, 2005

23 <u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

2